UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL BEST,<br><br>    Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>    Defendant. | NO. CV-06-172-RHW<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE AND CLOSING FILE** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Ct. Rec. 286). The parties ask that the Court dismiss the above-captioned case with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **dismissed** with prejudice and without costs to the parties.

2. The District Court Executive is directed to close the file.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, close the file, and provide copies to counsel.

**DATED** this 5th day of January, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CIVIL\2006\Best\dismiss.wpd

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE AND CLOSING FILE ~ 1**